UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

JANE KESKITALO,

     Plaintiff,

  -vs-                            Case No. 2:17-CV-11761
                                     Hon. Bernard A. Friedman
                                     Magistrate Judge: Mona K. Majzoub

SUNPATH, LTD.
*et al*.,

     Defendants.

### INDEX OF EXHIBITS TO
### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR ENTRY OF
### A PROTECTIVE ORDER

This Index..................................................................................Exhibit 1

February 13 Defendant's Email ..................................................Exhibit 2

January 31 Defendant's Email ....................................................Exhibit 3

February 1 Plaintiff's Email........................................................Exhibit 4

February 12 Plaintiff's Email serving Discovery ........................Exhibit 5

Plaintiff's Served Interrogatories................................................Exhibit 6

Plaintiff's Served Requests for Production..................................Exhibit 7

Plaintiff's Proposed Protective Order .........................................Exhibit 8