# Sylvia Bolos

| | |
|---|---|
| **From:** | Ian Lyngklip |
| **Sent:** | Thursday, February 01, 2018 10:41 AM |
| **To:** | Beth-Ann Krimsky; Sylvia Bolos |
| **Cc:** | Baxter, David (dbaxter@gallaghersharp.com) (dbaxter@gallaghersharp.com); Eggum, John (jeggum@fgppr.com) (jeggum@fgppr.com) |
| **Subject:** | RE: Keskitalo v. SunPath - revisions to stipulated protective order |

Beth-Ann,

==We do not wish to negotiate a PO providing protection for confidential documents only to find later that documents and information have been withheld due to confidentiality.==

==If you cannot anticipate the protections that you might need at this time, best to table the conversation until you have gotten your arms around that issue.==  We will delete any reference to the PO from the 26(f) report and take the issue up at a later date.

Best regards,

Ian

---

**From:** Beth-Ann Krimsky [mailto:beth-ann.krimsky@gmlaw.com]
**Sent:** Wednesday, January 31, 2018 4:17 PM
**To:** Sylvia Bolos <SylviaB@MichiganConsumerLaw.com>; Ian Lyngklip <ian@MichiganConsumerLaw.com>
**Cc:** Baxter, David (dbaxter@gallaghersharp.com) (dbaxter@gallaghersharp.com) <dbaxter@gallaghersharp.com>; Eggum, John (jeggum@fgppr.com) (jeggum@fgppr.com) <jeggum@fgppr.com>
**Subject:** RE: Keskitalo v. SunPath - revisions to stipulated protective order

Sylvia,  I cannot agree to the additions you want to make to the first 2 pages.  I can't predict the future and it is not appropriate for me to commit to agreeing that this is an adequate protection for all documents without knowing what may end up being at issue.   I certainly will not ask for more protection unless it is necessary and I will confer with you should that need arise.  The protective Order will speak for itself.

I am fine with your changes to Section 16 but I do not see what you rejected other than the changes you sought on the first 2 pages. Let me know where those rejections are in the redline.

I also think you need to add John Eggum's firm to the stipulation.

Please send me the  final format so I can see it with those changes to Section 16  incorporated.   Thank you.

**GreenspoonMarder**

**Greenspoon Marder LLP**

**Beth-Ann E. Krimsky**
**Partner**
**200 E. Broward Boulevard**

1

Suite 1800
Fort Lauderdale, FL 33301
Direct Phone: 954-527-2427
General Phone: 954-491-1120, ext. 2627
Fax: 954-333-4027
beth-ann.krimsky@gmlaw.com

---

**From:** Sylvia Bolos [mailto:SylviaB@MichiganConsumerLaw.com]
**Sent:** Wednesday, January 31, 2018 4:05 PM
**To:** Beth-Ann Krimsky; Ian Lyngklip
**Cc:** Baxter, David (dbaxter@gallaghersharp.com) (dbaxter@gallaghersharp.com); Eggum, John (jeggum@fgppr.com) (jeggum@fgppr.com)
**Subject:** RE: Keskitalo v. SunPath - revisions to stipulated protective order

Beth-Ann

Please see attached further redline.  I agreed with striking some the language at the beginning but not all.  We tendered a modified NDIL PO in the first place and mentioned that during yesterdays call.  I think we would both agree that filing an unedited/unchanged NDIL PO won't make sense for either party either.  I've accepted the vast majority of your changes, rejected some, and I have made a few other changes based on some of your changes, most of which I have explained with a note in the margin.

Please let me know if I have your consent to file this document.  If you have further edits, please tender in redline again.


Thank you

Sylvia Bolos


---

**From:** Beth-Ann Krimsky [mailto:beth-ann.krimsky@gmlaw.com]
**Sent:** Wednesday, January 31, 2018 2:43 PM
**To:** Sylvia Bolos <SylviaB@MichiganConsumerLaw.com>; Ian Lyngklip <ian@MichiganConsumerLaw.com>
**Cc:** Baxter, David (dbaxter@gallaghersharp.com) (dbaxter@gallaghersharp.com) <dbaxter@gallaghersharp.com>; Eggum, John (jeggum@fgppr.com) (jeggum@fgppr.com) <jeggum@fgppr.com>
**Subject:** Keskitalo v. SunPath - revisions to stipulated protective order

Sylvia,  Here are the requested changes on the protective order.  I was able to send this one to you "unscrubbed" so you should be able to  just accept the changes that I believe should be agreeable to you.  The beginning portion is not in the model order from the Northern District of Illinois and I do not see the need to include it.   I will address the joint report shortly.

Thanks.

Beth-Ann

GreenspoonMarder

2

**Greenspoon Marder LLP**

**Beth-Ann E. Krimsky**
**Partner**
**200 E. Broward Boulevard**
**Suite 1800**
**Fort Lauderdale, FL 33301**
**Direct Phone: 954-527-2427**
**General Phone: 954-491-1120, ext. 2627**
**Fax: 954-333-4027**
**beth-ann.krimsky@gmlaw.com**

The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, ''written advice'' as defined in Section 10.37 of Treasury Department Circular 230.

A portion of our practice involves the collection of debt and any information you provide will be used for that purpose if we are attempting to collect a debt from you.

The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, ''written advice'' as defined in Section 10.37 of Treasury Department Circular 230.

A portion of our practice involves the collection of debt and any information you provide will be used for that purpose if we are attempting to collect a debt from you.