# Sylvia Bolos

| | |
|---|---|
| **From:** | Laura Branco |
| **Sent:** | Monday, February 12, 2018 4:25 PM |
| **To:** | Beth-Ann.Krimsky@gmlaw.com; mponzi@fgppr.com; dbaxter@gallaghersharp.com |
| **Cc:** | Sylvia Bolos |
| **Subject:** | Keskitalo v. SunPath, Ltd. et al |
| **Attachments:** | Keskitalo. Pl 1st RTP to SunPath.2.12.18.pdf; Keskitalo. Pl 1st INT to SunPath.2.12.18.pdf |

Counsel,

Attached please find Plaintiff's First Set of Interrogatories and Request for Production of Documents to SunPath, Ltd. A hard copy is in the mail.

Laura Branco
Sr. Paralegal