UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

JANE KESKITALO,

    Plaintiff,

 -vs-

SUNPATH, LTD., *et al.*,

    Defendants.

Case No. 2:17-CV-11761
Hon. Bernard A. Friedman
Magistrate Judge: Mona K. Majzoub

## **STIPULATED ORDER OF DISMISSAL**

Having been advised by the stipulation of the parties below, it is ordered that the claims against SunPath Ltd. ("SunPath"), Andrew Garcia ("Mr. Garcia"), Joseph Abraham ("Mr. Abraham"), Scott McMillan ("Mr. McMillan"), Richard Scanlon ("Mr. Scanlon"), and James Kelley ("Mr. Kelley') (collectively "Defendants') are dismissed with prejudice and without costs, attorneys' fees or sanctions to any party.

The court retains jurisdiction only for purposes of enforcing the resolution in this matter.

    **SO ORDERED**.

Dated: December 18, 2018
Detroit, Michigan

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR U.S. DISTRICT JUDGE

Stipulated to by:

s/ Sylvia S. Bolos
Sylvia S. Bolos P78715
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
PH: (248) 208-8864
SylviaB@MichiganConsumerLaw.Com

*Counsel for Plaintiff*


s/ Beth-Ann E. Krimsky (by consent)
Beth-Ann E. Krimsky (Fla. Bar No. 968412)
GREENSPOON MARDER LLP
200 East Broward Blvd, Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 527-2427
beth-ann.krimsky@gmlaw.com

*Counsel for Defendants*

3